**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

PIONEER SQUARE BRANDS, INC., d/b/a
BRENTHAVEN

                Plaintiff,

v.

MOHAWK USA LLC,

                Defendant.

Civil Action No. 3:26-cv-00362-VDO

June 5, 2026

**SECOND CONSENT MOTION TO EXTEND**
**DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 7(b), Plaintiff Pioneer Square Brands, Inc. ("Plaintiff") moves for entry of an order setting a deadline of August 10, 2026, for Defendant Mohawk USA LLC ("Defendant") to respond to Plaintiff's patent infringement complaint. Defendant consents to this motion. In support, Plaintiff states as follows:

1.      Plaintiff commenced this action on March 10, 2026.

2.      Defendant waived service of the complaint on March 13, 2026, setting May 12, 2026 as the deadline for Defendant's response to the complaint.

3.      The first request to extend time to respond to Plaintiff's complaint was filed on May 5, 2026. Dkt. 23. The Court granted the request (Dkt. 24) and moved the deadline to answer or otherwise respond to the complaint from May 12, 2026 to June 11, 2026.

4.      This is the second request to extend time to respond to Plaintiff's complaint.

5.      The parties have been and are continuing discussions of a possible resolution, and extending Defendant's deadline to respond to the complaint by an additional 60 days, to and including August 10, 2026, would be helpful to those efforts.

6.      Pursuant to Local Rule 7(b)(3), this motion is being filed more than 3 business days before the applicable deadline.

7.      Accordingly, Plaintiff respectfully requests that this Court grant this consent motion and enter an order setting a deadline of August 10, 2026, for Defendant to respond to the complaint.

Dated:  June 5, 2026                                     Respectfully submitted,

*/s/ Kevin M. Smith*
Kevin M. Smith (ct24774)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
ksmith@wiggin.com

Megan R. Wood (*pro hac vice*)
Jonathan W.S. England (*pro hac vice*)
BLANK ROME LLP
1825 Eye Street NW
Washington, D.C. 20006
Tel: (202) 420-2753
Fax: (202) 420-2747
megan.wood@blankrome.com
jonathan.england@blankrome.com

Russell T. Wong (*pro hac vice*)
BLANK ROME LLP
717 Texas Avenue Suite 1400
Houston, TX 77002
713.632.8634
russell.wong@blankrome.com

*Attorneys for Plaintiff Pioneer Square Brands, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel for the Defendant Mohawk USA LLC was electronically served with a copy of the foregoing on June 5, 2026, via electronic mail.

/s/      Jonathan W.S. England